## LOUISVILLE & NASHVILLE RAILROAD CO. *v.* UNITED STATES ET AL.

No. 792.   Decided February 21, 1966.

*H. G. Breetz, W. L. Grubbs, M. D. Jones* and *Joseph L. Lenihan* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al.   *Edward J. Hickey, Jr., James L. Highsaw, Jr.,* and *Robert E. Hogan* for appellee Railway Labor Executives' Association.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## McMORRIS *v.* CALIFORNIA.

No. 1036, Misc.   Decided February 21, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.